# United States Court of Appeals
## For the First Circuit

No. 08-2567

UNITED STATES OF AMERICA,

Appellee,

v.

MICHAEL DiTOMASSO,

Defendant, Appellant.

_____

**ERRATA**

The opinion of this Court, issued on September 22, 2010, should be amended as follows.

On page 26, line 12, "sex offender" should be "sex offense".